# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEON THOMPSON,
Appellant,
vs.
THE STATE OF NEVADA; THE STATE
OF NEVADA DEPARTMENT OF
CORRECTIONS; JAMES COX; BRIAN
WILLIAMS; AND SENIOR WILLET,
Respondents.

No. 72755

FILED

MAY 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on April 6, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A Brown_

cc: Chief Judge, The Eighth Judicial District Court
Hon. J. Charles Thompson, Senior Judge
Leon Thompson
Attorney General/Carson City
Eighth District Court Clerk

17-16868